## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

United States of America
Plaintiff,
v.                                                          Case No.: 1:26−cv−00419−MSM−PAS

State of Rhode Island, et al.
Defendant.

### <u>ORDER OF RECUSAL</u>

I hereby recuse myself from participation in the above referenced matter.

<u>It is so ordered</u>.

June 30, 2026                              By the Court:

                                           /s/ John J. McConnell, Jr.
                                           United States Chief Judge